# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| GREGORY STEWART, on behalf of himself and on behalf of all others similarly situated, | )<br>)<br>) |
| PLAINTIFF(S) | )<br>)<br>) |
| v. | ) Case No.: 2:21-cv-02377-SHM-cgc |
| | )<br>)<br>) |
| BAPTIST MEMORIAL HEALTH CARE CORPORATION, | )<br>)<br>) |
| DEFENDANT. | |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff, Gregory Stewart ("Plaintiff"), by and through undersigned counsel, for the reasons set forth in the accompanying Memorandum, respectfully moves the Court to grant final approval of the Class Action Settlement.

Dated this 5th day of September 2024.

                                        **/s/ *Marc R. Edelman***
                                        **MARC R. EDELMAN, ESQ.**
                                        Fla. Bar No. 0096342
                                        **MORGAN & MORGAN, P.A.**
                                        201 N. Franklin Street, Suite 700
                                        Tampa, FL 33602
                                        Telephone: 813-577-4722
                                        Fax: 813-257-0572
                                        MEdelman@forthepeople.com
                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September 2024, a true and correct copy of the foregoing was filed electronically via the CM/ECF and was furnished via electronic transmission and/or U.S. Mail upon the following:

Paul Prather, Esq.
Chad Kaldor, Esq.
Kaitlyn A. Hansen, Esq.
LITTLER MENDELSON, P.C.
3725 Champion Hills Drive
Suite 3000
Memphis, TN
pprather@littler.com
ckaldor@littler.com
khansen@littler.com
*Attorneys for Defendant*

/s/ *Marc R. Edelman*
**MARC R. EDELMAN, ESQ.**