UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**GREGORY STEWART, on behalf of himself and on behalf of all others similarly situated,**

      Plaintiffs,

v.                                No. 2:21-cv-02377-SMH-cgc

**BAPTIST MEMORIAL HEALTH CARE CORPORATION,**

      Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED in accordance with the Order Approving Class Action Settlement and Granting Motion for Attorney's Fees and Costs, docketed September 30, 2024. (ECF No. 36.) This Court shall retain jurisdiction for purposes of effecting the settlement, including all matters relating to the administration, consummation, enforcement, and interpretation of the settlement.

## APPROVED:

/s/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*September 30, 2024*                     WENDY R. OLIVER
DATE                                         CLERK

                                                            JAIRO MENDEZ
                                                             (By) DEPUTY CLERK